

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00416-CR

| | | |
|---|---|---|
| Joshua Golliday | § | From the 371st District Court |
| | § | of Tarrant County (1379815D) |
| | § | July 27, 2017 |
| v. | § | Opinion by Justice Dauphinot |
| | § | Dissent by Chief Justice Livingston |
| The State of Texas | § | (p) |

## JUDGMENT ON THE STATE'S MOTION FOR EN BANC RECONSIDERATION

We withdraw our October 13, 2016 opinion and judgment and substitute the following. This court has again considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and this case is remanded to the trial court for retrial.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot